MARTIN WHITE v. THE STATE.

No. 8921.   Decided November 5, 1924.

No motion for rehearing filed.

**Theft.**

No statement of facts, nor bills of exception appearing in record, cause is affirmed.

Appeal from the District Court of Stephens County.   Tried below before the Hon. C. O. Hamlin, Judge.

Appeal from a conviction of theft; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular.   The facts are not at hand.   No fundamental error is perceived, and there is no complaint by bills of exception of any errors in the procedure.

The judgment is affirmed.

*Affirmed.*